Michael J. McCue (NV Bar No. 6055)
MMcCue@LRLaw.com
Jonathan W. Fountain (NV Bar No. 10351)
JFountain@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiff
Frank Illes

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK ILLES, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PAISTE AMERICA, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No.: 2:12-cv-01732-PMP-VCF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Frank Illes hereby dismisses this action against Paiste America, Inc. with prejudice.

Dated: this 8th day of November, 2012.

Respectfully submitted,

LEWIS AND ROCA LLP

By: /s/ Jonathan W. Fountain
Michael J. McCue
Jonathan W. Fountain
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiff
Frank Illes

IT IS SO ORDERED.

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated:  November 8, 2012.

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2012, I caused a true and accurate copy of the forgoing document entitled, **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**, to be served upon Defendant Paiste America, Inc. via United States Mail by placing the document in a sealed envelope with postage thereon fully prepaid, addressed to the following:

Paiste America, Inc.
c/o Jeffrey Zuber
Zuber Lawler & Del Duca
777 S. Figueroa Street
37th Floor
Los Angeles, California 90017

Dated: this 8th day of November, 2012.

/s/ Eloisa Nuñez
An employee of Lewis and Roca LLP